

**U.S. Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

| | |
|---|---|
| United States Courthouse | Mailing Address |
| 300 Virginia Street East | Post Office Box 1713 |
| Charleston, WV 25301 | Charleston, WV 25326 |
| FAX: (304) 347-5104 | (304) 345-2200 |
| | 1-800-659-8726 |

May 5, 2011

Samantha Ward

    Re: <u>Target of Grand Jury Investigation</u>

Dear Ms. Ward:

    This is to advise you that an investigation has uncovered substantial evidence linking you to the commission of a federal crime in Nicholas County. Evidence will be presented to a federal grand jury, and, accordingly, you have been identified as a target of the investigation. As a target, you will not be compelled by subpoena to appear and testify before the grand jury. However, you may appear and testify before the grand jury in Charleston, West Virginia, on June 1, 2011, at 9:30 a.m., if you desire.

    If you wish voluntarily to appear before the grand jury on the date indicated, please advise me of this fact no later than May 26, 2011.

    If you are already represented, give this letter to your attorney. If you wish legal representation but feel you are unable to afford an attorney, you may call the Office of the United States Magistrate Judge at 304-347-3279 to determine if you are eligible to have an attorney appointed by the court to represent you.

    If you have any questions concerning this matter, please feel free to contact me.

                                Sincerely,

                                R. BOOTH GOODWIN II
                              United States Attorney

                By:                  JOHN J. FRAIL
                                Assistant United States Attorney

JJF/slk
cc: United States Magistrate Judge