

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2010-02
OCTOBER 25, 2011 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:11-00249
   21 U.S.C. § 841(a)(1)

SAMANTHA WARD

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about September 13, 2010, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant SAMANTHA WARD knowingly and intentionally distributed a quantity of oxycodone, also known as "OxyContin," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about September 13, 2010, at or near Summersville, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant SAMANTHA WARD knowingly and intentionally possessed with intent to distribute a quantity of oxycodone, also known as "OxyContin," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                                    R. BOOTH GOODWIN II
                                    United States Attorney

By: _____
      JOHN J. FRAIL
      Assistant United States Attorney