Court Minutes:

Session: 2011Dec13
Session Date: 12/13/2011
Judge: Stanley, Mary E.
Reporter: CourtFlow, Digital

Division: Chas
Session Time: 11:32

Courtroom: R5400

Clerk(s): Lair, Tabitha

US Attorney(s):
   Frail, John J.
   Goes, Erik S.

Public Defender(s): Bungard, David R.

Prob. Officer(s):
   Moore, Kiara

Court interpreter(s):

---

Case ID: 0002

Case number: 2:11-cr-00249
Plaintiff:
Plaintiff Attorney:
Defendant: Ward, Samantha
CJA/Retained Atty:
Co-Defendant(s):
US Attorney: Frail, John J.
Public Defender:

12/13/2011

| Time | Event |
|---|---|
| 11:35:14 | Recording Started: |
| 11:35:14 | Case called |
| 11:35:18 | **General:** HEARING TYPE: INITIAL APPERANCE ON INDICTMENT |
| 11:35:29 | **Judge: Stanley, Mary E.** called case, noted appearances of counsel, defendant present in courtroom |
| 11:35:47 | stated rights of defendant and defendant acknowledged these rights |
| 11:36:18 | **Defendant: Ward, Samantha** stated personal information |
| 11:36:32 | **Judge: Stanley, Mary E.** previously appointed Lou Newberger on target letter |
| 11:37:26 | discuss financial situation and living situation of defendant |
| 11:38:03 | tested positive today for cocaine, marijuana and morphine |
| 11:38:26 | stated additional rights of defendant and defendant acknowledged these rights |
| 11:38:45 | govts position with respect to bond? |
| 11:39:02 | **US Attorney: Frail, John J.** comments |
| 11:39:51 | **Judge: Stanley, Mary E.** comments on bond |
| 11:41:05 | **Public Defender: Bungard, David R.** comments on bond |
| 11:44:39 | **US Attorney: Frail, John J.** oral motion to detain ask for 3 days to investigate |
| 11:45:32 | **Judge: Stanley, Mary E.** sidebar with USP Zutaut |
| 11:46:31 | discuss 1/2 house under pretrial detention |
| 11:47:08 | no room at Dismas but there is a bed at Stormhaven |
| 11:49:21 | **Public Defender: Bungard, David R.** comments on Stormhaven |
| 11:49:51 | comments on rx |
| 11:50:12 | **Judge: Stanley, Mary E.** ordered def released-$10,000 unsecured bond with conditions stated on record |
| 11:52:26 | if fail to abide by cond of rel- bond will be revoked |
| 11:53:56 | defendant shall next appear for an arraignment on 12/20 on 1400 |
| 11:54:27 | withdraw oral motion to detain? |
| 11:54:30 | **US Attorney: Frail, John J.** |

| | | |
|---|---|---|
| 11:54:40 | yes | **Stop recording** |