```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:11-00249

**SAMANTHA WARD**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On June 23, 2014, the United States of America appeared by C. Haley Bunn, Assistant United States Attorney, and the defendant, Samantha Ward, appeared in person and by her counsel, Mary Lou Newberger, Assistant Federal Public Defender, for a hearing on the second amendment to petition submitted by United States Probation Officer Amy Berry-Richmond. The defendant commenced a three-year term of supervised release in this action on September 6, 2013, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on May 3, 2012.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant used and possessed cocaine as evidenced by a positive urine specimen submitted by her on April 16 2014; and (2) the defendant failed to abide by the special condition that she spend a period of six months at SECOR inasmuch as she entered the program on February 17, 2014, and was terminated on April 22, 2014, for failing to abide by the program rules and regulations by testing positive for cocaine as set forth above; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if she is confined, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of thirty (30) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special condition that she make herself available for as an intensive mental health treatment program and substance abuse counseling and treatment program as can be arranged, including participation in an inpatient program for a minimum of three months and a six-month after-care program which shall include mental health treatment and substance abuse counseling as directed by the probation officer.

3

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 1, 2014

_____
John T. Copenhaver, Jr.
United States District Judge